# Exhibit 2

**IRS** Department of the Treasury
Internal Revenue Service

```
Cincinnati Service Center        In reply refer to: 0243404177
CINCINNATI  OH  45999-0038       Oct. 02, 2019    LTR 916C    3
                                 22-2407431    201007 02          2
                                                         00006756
                                                         BODC: LM
```



STEUBEN FOODS INCORPORATED
% JAMES M BANDOBLU JR
HODGSON RUSS LLP
140 PEARL ST STE 100
BUFFALO   NY   14202-4014

023542

```
       Taxpayer identification number:  22-2407431
                       Kind of tax:  Amended U.S. Corporatio
                    Amount of claims:  $     258,378.00

                    Date claims received:  July 26, 2019
                          Tax periods:  July 31, 2010
```

Dear Taxpayer:

We can't process your claim for the tax periods listed above.

We received your Form 1120X for the tax year ending July 31, 2010. We understand that your matter has been through the appeals process. As such, we decline to reconsider this matter. Your remedy, in any, lies elsewhere.

You can get any of the forms or publications you need from our website at www.irs.gov/formspubs or by calling 1-800-TAX-FORM (1-800-829-3676).

If you have questions, you can call us at 1-800-829-0115.

If you prefer, you can write to us at the address at the top of the first page of this letter.

The Taxpayer Advocate Service (TAS) is an independent organization within the IRS that can help protect your taxpayer rights. TAS can offer you help if your tax problem is causing a hardship, or you've tried but haven't been able to resolve your problem with the IRS. If you qualify for TAS assistance, which is always free, TAS will do everything possible to help you. Visit www.taxpayeradvocate.irs.gov or call 1-877-777-4778.

Low Income Taxpayer Clinics (LITCs) are independent from the IRS. LITCs serve individuals whose income is below a certain level and who need to resolve a tax problem with the IRS. LITCs provide professional representation before the IRS or in court on audits, appeals, tax collection disputes, and other issues for free or for a small fee. For more information and to find an LITC near you, see the LITC page

```
                                                      0243404177
                                  Oct. 02, 2019    LTR 916C    3
                                  22-2407431    201007 02         2
                                                        00006757
```

STEUBEN FOODS INCORPORATED
% JAMES M BANDOBLU JR
HODGSON RUSS LLP
140 PEARL ST STE 100
BUFFALO   NY   14202-4014


at www.taxpayeradvocate.irs.gov/litcmap or IRS Publication 4134, Low
Income Taxpayer Clinic List. This Publication is also available by
calling the IRS toll-free at 1-800-829-3676 or visiting your local
IRS office.

When you write, include a copy of this letter, and provide your
telephone number and the hours we can reach you in the spaces below.

Telephone number (    )_____ Hours _____

Keep a copy of this letter for your records.

Thank you for your cooperation.


                                      Sincerely yours,

                                      [signature: Mia Sylve]

                                      Mia Sylve, Field Director
                                      Accounts Management - Cincinnati

Enclosures:
Copy of this letter
Publication 1



**IRS** Department of the Treasury
Internal Revenue Service
Cincinnati Service Center
CINCINNATI  OH  45999-0038



STEUBEN FOODS INCORPORATED
% JAMES M BANDOBLU JR
HODGSON RUSS LLP
140 PEARL ST STE 100
BUFFALO  NY  14202-4014

023542

CUT OUT AND RETURN THE VOUCHER IMMEDIATELY BELOW IF YOU ONLY HAVE AN INQUIRY.
DO NOT USE IF YOU ARE MAKING A PAYMENT.

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT,
EVEN IF YOU ALSO HAVE AN INQUIRY.

---

The IRS address must appear in the window.
0243404177
BODCD-LM

Use for inquiries only
Letter Number:   LTR0916C
Letter Date   :  2019-10-02
Tax Period    :  201007

*222407431*

INTERNAL REVENUE SERVICE
Cincinnati Service Center
CINCINNATI  OH  45999-0038

STEUBEN FOODS INCORPORATED
% JAMES M BANDOBLU JR
HODGSON RUSS LLP
140 PEARL ST STE 100
BUFFALO  NY  14202-4014

222407431 XT STEU 02 2 201007 670 00000000000

---

The IRS address must appear in the window.
0243404177
BODCD-LM

Use for payments
Letter Number: LTR0916C
Letter Date   : 2019-10-02
Tax Period    : 201007

*222407431*

INTERNAL REVENUE SERVICE

OGDEN  UT  84201-0102

STEUBEN FOODS INCORPORATED
% JAMES M BANDOBLU JR
HODGSON RUSS LLP
140 PEARL ST STE 100
BUFFALO  NY  14202-4014

222407431 XT STEU 02 2 201007 670 00000000000

**IRS** Department of the Treasury
Internal Revenue Service

Cincinnati Service Center
CINCINNATI  OH  45999-0038

In reply refer to: 0243404177
Oct. 02, 2019     LTR 916C    3
22-2407431    201107 02            2
                              00006762
                          BODC: LM

STEUBEN FOODS INCORPORATED
% JAMES M BANDOBLU JR
HODGSON RUSS LLP
140 PEARL ST STE 100
BUFFALO  NY  14202-4014

023541

```
Taxpayer identification number:  22-2407431
                  Kind of tax:  Amended U.S. Corporatio
             Amount of claims:  $      117,177.00

         Date claims received:  July 26, 2019
                 Tax periods:  July 31, 2011
```

Dear Taxpayer:

We can't process your claim for the tax periods listed above.

We received your Form 1120X for the tax year ending July 31, 2011. We understand that your matter has been through the appeals process. As such, we decline to reconsider this matter. Your remedy, in any, lies elsewhere.

You can get any of the forms or publications you need from our website at www.irs.gov/formspubs or by calling 1-800-TAX-FORM (1-800-829-3676).

If you have questions, you can call us at 1-800-829-0115.

If you prefer, you can write to us at the address at the top of the first page of this letter.

The Taxpayer Advocate Service (TAS) is an independent organization within the IRS that can help protect your taxpayer rights. TAS can offer you help if your tax problem is causing a hardship, or you've tried but haven't been able to resolve your problem with the IRS. If you qualify for TAS assistance, which is always free, TAS will do everything possible to help you. Visit www.taxpayeradvocate.irs.gov or call 1-877-777-4778.

Low Income Taxpayer Clinics (LITCs) are independent from the IRS. LITCs serve individuals whose income is below a certain level and who need to resolve a tax problem with the IRS. LITCs provide professional representation before the IRS or in court on audits, appeals, tax collection disputes, and other issues for free or for a small fee. For more information and to find an LITC near you, see the LITC page

```
                                                       0243404177
                                     Oct. 02, 2019   LTR 916C    3
                                     22-2407431        201107 02        2
                                                         00006763
```

STEUBEN FOODS INCORPORATED
% JAMES M BANDOBLU JR
HODGSON RUSS LLP
140 PEARL ST STE 100
BUFFALO  NY  14202-4014


at www.taxpayeradvocate.irs.gov/litcmap or IRS Publication 4134, Low
Income Taxpayer Clinic List. This Publication is also available by
calling the IRS toll-free at 1-800-829-3676 or visiting your local
IRS office.

When you write, include a copy of this letter, and provide your
telephone number and the hours we can reach you in the spaces below.

Telephone number (    )_____ Hours _____

Keep a copy of this letter for your records.

Thank you for your cooperation.


                                        Sincerely yours,


                                        Susan M. O'Neill

                                        Susan M. O'Neill, Operations Mgr.
                                        Accounts Management Operations 2

Enclosures:
Copy of this letter
Publication 1



**IRS** Department of the Treasury
Internal Revenue Service
Cincinnati Service Center
CINCINNATI  OH  45999-0038



STEUBEN FOODS INCORPORATED
% JAMES M BANDOBLU JR
HODGSON RUSS LLP
140 PEARL ST STE 100
BUFFALO  NY  14202-4014

023541

CUT OUT AND RETURN THE VOUCHER IMMEDIATELY BELOW IF YOU ONLY HAVE AN INQUIRY.
DO NOT USE IF YOU ARE MAKING A PAYMENT.

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT,
EVEN IF YOU ALSO HAVE AN INQUIRY.

✂------------------------------------------------------------------------------

The IRS address must appear in the window.
                               0243404177
     BODCD-LM

Use for inquiries only
                    Letter Number:  LTR0916C
                    Letter Date  :  2019-10-02
                    Tax Period   :  201107



*222407431*

INTERNAL REVENUE SERVICE          STEUBEN FOODS INCORPORATED
Cincinnati Service Center         % JAMES M BANDOBLU JR
CINCINNATI  OH  45999-0038        HODGSON RUSS LLP
                                  140 PEARL ST STE 100
                                  BUFFALO  NY  14202-4014

222407431 XT STEU 02 2 201107 670 00000000000

✂------------------------------------------------------------------------------

The IRS address must appear in the window.
                               0243404177
     BODCD-LM

Use for payments
                    Letter Number: LTR0916C
                    Letter Date  : 2019-10-02
                    Tax Period   : 201107

*222407431*

                                  STEUBEN FOODS INCORPORATED
INTERNAL REVENUE SERVICE          % JAMES M BANDOBLU JR
                                  HODGSON RUSS LLP
OGDEN  UT  84201-0102             140 PEARL ST STE 100
                                  BUFFALO  NY  14202-4014

222407431 XT STEU 02 2 201107 670 00000000000

**IRS** Department of the Treasury
Internal Revenue Service

Cincinnati Service Center
CINCINNATI OH 45999-0038

In reply refer to: 0243404177
Oct. 02, 2019   LTR 916C   3
22-2407431   201407 02          1
                        00006766
BODC: LM

STEUBEN FOODS INCORPORATED
% JAMES M BANDOBLU JR
HODGSON RUSS LLP
140 PEARL ST STE 100
BUFFALO NY 14202-4014



023540

```
Taxpayer identification number:  22-2407431
                  Kind of tax:  Amended U.S. Corporatio
              Amount of claims:  $       88,730.00

          Date claims received:  July 26, 2019
                  Tax periods:  July 31, 2014
```

Dear Taxpayer:

We can't process your claim for the tax periods listed above.

You have not provided us any information to substantiate a change of the recently completed Income Tax Examination for the year ending July 31, 2014 that you agreed to. Additionally, IRC 6404(a) states that we cannot consider your request for audit reconsideration because there are no unpaid liabilities for the tax period shown above.

You can get any of the forms or publications you need from our website at www.irs.gov/formspubs or by calling 1-800-TAX-FORM (1-800-829-3676).

If you have questions, you can call us at 1-800-829-0115.

If you prefer, you can write to us at the address at the top of the first page of this letter.

The Taxpayer Advocate Service (TAS) is an independent organization within the IRS that can help protect your taxpayer rights. TAS can offer you help if your tax problem is causing a hardship, or you've tried but haven't been able to resolve your problem with the IRS. If you qualify for TAS assistance, which is always free, TAS will do everything possible to help you. Visit www.taxpayeradvocate.irs.gov or call 1-877-777-4778.

Low Income Taxpayer Clinics (LITCs) are independent from the IRS. LITCs serve individuals whose income is below a certain level and who need to resolve a tax problem with the IRS. LITCs provide professional representation before the IRS or in court on audits, appeals, tax collection disputes, and other issues for free or for a small fee.

```
                                                       0243404177
                                     Oct. 02, 2019   LTR 916C    3
                                     22-2407431    201407 02     1
                                                         00006767
```

STEUBEN FOODS INCORPORATED
% JAMES M BANDOBLU JR
HODGSON RUSS LLP
140 PEARL ST STE 100
BUFFALO  NY  14202-4014


For more information and to find an LITC near you, see the LITC page at www.taxpayeradvocate.irs.gov/litcmap or IRS Publication 4134, Low Income Taxpayer Clinic List. This Publication is also available by calling the IRS toll-free at 1-800-829-3676 or visiting your local IRS office.

When you write, include a copy of this letter, and provide your telephone number and the hours we can reach you in the spaces below.

Telephone number (     )_____ Hours _____

Keep a copy of this letter for your records.

Thank you for your cooperation.

                                        Sincerely yours,

                                        *[signature: Mia Sylve]*

                                        Mia Sylve, Field Director
                                        Accounts Management - Cincinnati

Enclosures:
Copy of this letter
Publication 1



Cincinnati Service Center
CINCINNATI  OH  45999-0038



STEUBEN FOODS INCORPORATED
% JAMES M BANDOBLU JR
HODGSON RUSS LLP
140 PEARL ST STE 100
BUFFALO  NY  14202-4014

023540

CUT OUT AND RETURN THE VOUCHER IMMEDIATELY BELOW IF YOU ONLY HAVE AN INQUIRY.
DO NOT USE IF YOU ARE MAKING A PAYMENT.

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT,
EVEN IF YOU ALSO HAVE AN INQUIRY.

---

The IRS address must appear in the window.  Use for inquiries only
                                0243404177                       Letter Number:   LTR0916C
     BODCD-LM                                                    Letter Date   :  2019-10-02
                                                                 Tax Period    :  201407



*222407431*

     INTERNAL REVENUE SERVICE                STEUBEN FOODS INCORPORATED
     Cincinnati Service Center               % JAMES M BANDOBLU JR
     CINCINNATI  OH  45999-0038              HODGSON RUSS LLP
                                             140 PEARL ST STE 100
                                             BUFFALO  NY  14202-4014

222407431 XT STEU 02 2 201407 670 00000000000

---

The IRS address must appear in the window.  Use for payments
                                0243404177                       Letter Number: LTR0916C
     BODCD-LM                                                    Letter Date   : 2019-10-02
                                                                 Tax Period    : 201407

*222407431*

     INTERNAL REVENUE SERVICE                STEUBEN FOODS INCORPORATED
                                             % JAMES M BANDOBLU JR
     OGDEN  UT  84201-0102                   HODGSON RUSS LLP
                                             140 PEARL ST STE 100
                                             BUFFALO  NY  14202-4014

222407431 XT STEU 02 2 201407 670 00000000000

**IRS** Department of the Treasury
Internal Revenue Service

Cincinnati Service Center
CINCINNATI OH 45999-0038

In reply refer to: 0243404177
Oct. 02, 2019 LTR 916C 3
22-2407431 201507 02 1
00006770
BODC: LM

STEUBEN FOODS INCORPORATED
% JAMES M BANDOBLU JR
HODGSON RUSS LLP
140 PEARL ST STE 100
BUFFALO NY 14202-4014

023539

```
          Taxpayer identification number:  22-2407431
                          Kind of tax:  Amended U.S. Corporatio
                      Amount of claims:  $       65,292.00

                  Date claims received:  July 26, 2019
                         Tax periods:  July 31, 2015
```

Dear Taxpayer:

We can't process your claim for the tax periods listed above.

You have not provided us any information to substantiate a change of the recently completed Income Tax Examination for the year ending July 31, 2015 that you agreed to. Additionally, IRC 6404(a) states that we cannot consider your request for audit reconsideration because there are no unpaid liabilities for the tax period shown above.

You can get any of the forms or publications you need from our website at www.irs.gov/formspubs or by calling 1-800-TAX-FORM (1-800-829-3676).

If you have questions, you can call us at 1-800-829-0115.

If you prefer, you can write to us at the address at the top of the first page of this letter.

The Taxpayer Advocate Service (TAS) is an independent organization within the IRS that can help protect your taxpayer rights. TAS can offer you help if your tax problem is causing a hardship, or you've tried but haven't been able to resolve your problem with the IRS. If you qualify for TAS assistance, which is always free, TAS will do everything possible to help you. Visit www.taxpayeradvocate.irs.gov or call 1-877-777-4778.

Low Income Taxpayer Clinics (LITCs) are independent from the IRS. LITCs serve individuals whose income is below a certain level and who need to resolve a tax problem with the IRS. LITCs provide professional representation before the IRS or in court on audits, appeals, tax collection disputes, and other issues for free or for a small fee.

```
                                                     0243404177
                                   Oct. 02, 2019   LTR 916C    3
                                   22-2407431    201507 02         1
                                                        00006771
```

STEUBEN FOODS INCORPORATED
% JAMES M BANDOBLU JR
HODGSON RUSS LLP
140 PEARL ST STE 100
BUFFALO   NY   14202-4014


For more information and to find an LITC near you, see the LITC page at www.taxpayeradvocate.irs.gov/litcmap or IRS Publication 4134, Low Income Taxpayer Clinic List. This Publication is also available by calling the IRS toll-free at 1-800-829-3676 or visiting your local IRS office.

When you write, include a copy of this letter, and provide your telephone number and the hours we can reach you in the spaces below.

Telephone number (    )_____ Hours _____

Keep a copy of this letter for your records.

Thank you for your cooperation.


                                        Sincerely yours,

                                        *Mia Sylve*

                                        Mia Sylve, Field Director
                                        Accounts Management - Cincinnati

Enclosures:
Copy of this letter
Publication 1


**IRS** Department of the Treasury
Internal Revenue Service
Cincinnati Service Center
CINCINNATI  OH  45999-0038



```
STEUBEN FOODS INCORPORATED
% JAMES M BANDOBLU JR
HODGSON RUSS LLP
140 PEARL ST STE 100
BUFFALO  NY  14202-4014
```

023539

CUT OUT AND RETURN THE VOUCHER IMMEDIATELY BELOW IF YOU ONLY HAVE AN INQUIRY.
DO NOT USE IF YOU ARE MAKING A PAYMENT.

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT,
EVEN IF YOU ALSO HAVE AN INQUIRY.

---

The IRS address must appear in the window.
         0243404177
BODCD-LM

Use for inquiries only
                    Letter Number:  LTR0916C
                    Letter Date  :  2019-10-02
                    Tax Period   :  201507

*222407431*

```
INTERNAL REVENUE SERVICE
Cincinnati Service Center
CINCINNATI  OH  45999-0038
```

```
STEUBEN FOODS INCORPORATED
% JAMES M BANDOBLU JR
HODGSON RUSS LLP
140 PEARL ST STE 100
BUFFALO  NY  14202-4014
```

222407431 XT STEU 02 2 201507 670 00000000000

---

The IRS address must appear in the window.
         0243404177
BODCD-LM

Use for payments
                    Letter Number: LTR0916C
                    Letter Date  : 2019-10-02
                    Tax Period   : 201507

*222407431*

```
INTERNAL REVENUE SERVICE

OGDEN  UT  84201-0102
```

```
STEUBEN FOODS INCORPORATED
% JAMES M BANDOBLU JR
HODGSON RUSS LLP
140 PEARL ST STE 100
BUFFALO  NY  14202-4014
```

222407431 XT STEU 02 2 201507 670 00000000000

**IRS** Department of the Treasury
Internal Revenue Service

Cincinnati Service Center
CINCINNATI  OH  45999-0038

In reply refer to: 0243404177
Oct. 02, 2019    LTR 916C    3
22-2407431    201607 02           1
                          00006774
                          BODC: LM

STEUBEN FOODS INCORPORATED
% JAMES M BANDOBLU JR
HODGSON RUSS LLP
140 PEARL ST STE 100
BUFFALO  NY  14202-4014

023538

```
        Taxpayer identification number:  22-2407431
                        Kind of tax:  Amended U.S. Corporatio
                     Amount of claims:  $         43,615.00

                   Date claims received:  July 18, 2019
                          Tax periods:  July 31, 2016
```

Dear Taxpayer:

We can't process your claim for the tax periods listed above.

You have not provided us any information to substantiate a change of the recently completed Income Tax Examination for the year ending July 31, 2016 that you agreed to.  Additionally, IRC 6404(a) states that we cannot consider your request for audit reconsideration because there are no unpaid liabilities for the tax period shown above.

You can get any of the forms or publications you need from our website at www.irs.gov/formspubs or by calling 1-800-TAX-FORM (1-800-829-3676).

If you have questions, you can call us at 1-800-829-0115.

If you prefer, you can write to us at the address at the top of the first page of this letter.

The Taxpayer Advocate Service (TAS) is an independent organization within the IRS that can help protect your taxpayer rights. TAS can offer you help if your tax problem is causing a hardship, or you've tried but haven't been able to resolve your problem with the IRS. If you qualify for TAS assistance, which is always free, TAS will do everything possible to help you. Visit www.taxpayeradvocate.irs.gov or call 1-877-777-4778.

Low Income Taxpayer Clinics (LITCs) are independent from the IRS. LITCs serve individuals whose income is below a certain level and who need to resolve a tax problem with the IRS. LITCs provide professional representation before the IRS or in court on audits, appeals, tax collection disputes, and other issues for free or for a small fee.

```
                                                     0243404177
                                  Oct. 02, 2019   LTR 916C    3
                                  22-2407431   201607 02      1
                                                       00006775
```

STEUBEN FOODS INCORPORATED
% JAMES M BANDOBLU JR
HODGSON RUSS LLP
140 PEARL ST STE 100
BUFFALO  NY  14202-4014


For more information and to find an LITC near you, see the LITC page at www.taxpayeradvocate.irs.gov/litcmap or IRS Publication 4134, Low Income Taxpayer Clinic List. This Publication is also available by calling the IRS toll-free at 1-800-829-3676 or visiting your local IRS office.

When you write, include a copy of this letter, and provide your telephone number and the hours we can reach you in the spaces below.

Telephone number (     )_____  Hours _____

Keep a copy of this letter for your records.

Thank you for your cooperation.

                                        Sincerely yours,

                                        [signature: Mia Sylve]

                                        Mia Sylve, Field Director
                                        Accounts Management - Cincinnati

Enclosures:
Copy of this letter
Publication 1

 **IRS** Department of the Treasury
Internal Revenue Service
Cincinnati Service Center
CINCINNATI  OH  45999-0038



STEUBEN FOODS INCORPORATED
% JAMES M BANDOBLU JR
HODGSON RUSS LLP
140 PEARL ST STE 100
BUFFALO  NY  14202-4014

023538

CUT OUT AND RETURN THE VOUCHER IMMEDIATELY BELOW IF YOU ONLY HAVE AN INQUIRY.
DO NOT USE IF YOU ARE MAKING A PAYMENT.

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT,
EVEN IF YOU ALSO HAVE AN INQUIRY.

---

The IRS address must appear in the window.
0243404177
BODCD-LM

Use for inquiries only
Letter Number:   LTR0916C
Letter Date  :   2019-10-02
Tax Period   :   201607

\*222407431\*

INTERNAL REVENUE SERVICE
Cincinnati Service Center
CINCINNATI  OH  45999-0038

STEUBEN FOODS INCORPORATED
% JAMES M BANDOBLU JR
HODGSON RUSS LLP
140 PEARL ST STE 100
BUFFALO  NY  14202-4014

222407431 XT STEU 02 2 201607 670 00000000000

---

The IRS address must appear in the window.
0243404177
BODCD-LM

Use for payments
Letter Number: LTR0916C
Letter Date  : 2019-10-02
Tax Period   : 201607

\*222407431\*

INTERNAL REVENUE SERVICE

OGDEN  UT  84201-0102

STEUBEN FOODS INCORPORATED
% JAMES M BANDOBLU JR
HODGSON RUSS LLP
140 PEARL ST STE 100
BUFFALO  NY  14202-4014

222407431 XT STEU 02 2 201607 670 00000000000